UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MUKESHKUMAR SOMABHAI CHAUDHARI,
Defendant.

Crim. No. 26-157 (KMM/EMB)

**INFORMATION**

18 U.S.C. § 611(a)

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At times relevant to this Information:

1. Defendant MUKESHKUMAR SOMABHAI CHAUDHARI was an alien and a citizen and national of India. He was not a citizen of the United States.

2. Minnesota law required voters to be United States citizens.

**COUNT 1**
**(Voting by an Alien)**

3. Paragraphs 1 and 2 of this Information are realleged and incorporated by reference as though fully set forth herein.

4. On or about November 5, 2024, in Spring Valley, Fillmore County, in the State and District of Minnesota, the defendant,

**MUKESHKUMAR SOMABHAI CHAUDHARI,**

being an alien and knowing that he was not a citizen of the United States, knowingly and unlawfully voted in an election held in part for the purpose of electing candidates for the offices of President and Vice President of the United States, Member of the United States Senate, and Member of the United States House of Representatives.

(Title 18, United States Code, Section 611(a))

SCANNED
NOV 10 2026
U.S. DISTRICT COURT MPLS

Dated: November 2, 2026

**JESUS A. OSETE**
Acting Assistant Attorney General
Civil Rights Division

/S/ William Rubens_
**BY: WILLIAM RUBENS**
Trial Attorney
NY Attorney Reg. No. 4322533
William.rubens@usdoj.gov

/S/ Flavio Abreu
**BY: FLAVIO ABREU**
Trial Attorney
MN Attorney Reg. No. 034414X
Flavio.abreu@usdoj.gov

U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, N.W., 4CON
Washington, DC 20530
Telephone: (202) 285-3614